

**BDG**
SERVICE ▪ LOYALTY ▪ SOLUTIONS
WWW.BDGFIRM.COM

10880 Wilshire Boulevard ▪ Suite 1015 ▪ Los Angeles, CA 90024 ▪ (310) 470-6110

March 24, 2026

OUR FILE NO. 1179.179

## VIA E-FILING

Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103-1518

> Re: Los Angeles Unified School District's Response to
> Appellants' 28(j) letter, (ECF #77.1)
>
> *Concerned Jewish Parents and Teachers of Los Angeles et al v. Liberated Ethnic Studies Model Curriculum Consortium et al,* Ninth Circuit Case Nos. 24-7676, 25-3436

Dear Clerk of the Court:

Appellee Los Angeles Unified School District ("District") submits this response to Appellants' Rule 28(j) letter submitted on March 12, 2026.

In *Galette v. New Jersey Transit Corp.*, 607 U.S. —, 2026 WL 598450 (2026), the Court held the New Jersey Transit Corporation is not an arm of the state because it is structured as a legally separate entity, possesses typical corporate powers, and the state is not liable for its debts and liabilities. (*Id.* at 26-28.) Appellants improperly extend this ruling to the District, claiming it is not an arm of the state because it is locally funded and controlled, and is a legally distinct entity. The District is an arm of the state – it is a public

Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
March 24, 2026
Page 2

entity funded by taxpayer dollars and governed by the Board of Education, with oversight from state and federal governments.

"[E]ducation and the operation of the public schools remain matters of statewide rather than local or municipal concern.  Hence, local school districts are deemed to be agencies of the state for the administration of the school system and have been described as quasi-municipal corporations. Thus, a school district is not a distinct and independent body politic and is not free and independent of legislative control." (*California Teachers Assn. v. Hayes*, 5 Cal.App.4th 1513, 1524 (1992) [internal citations omitted]; *see also Alvarado v. Los Angeles Unified Sch. Dist.*,  2023 U.S. Dist. LEXIS 59454 *9, 2023 WL 2761549 ["LAUSD is an arm of the state entitled to Eleventh Amendment immunity from suit."].)

Moreover, although the concurring opinion in *Health Freedom Def. Fund, Inc. v. Carvalho*, 104 F.4th 715, 727 (9th Cir. 2024) recognized that the *Kohn* test "seems to conflict" with case law that school districts enjoy sovereign immunity, the decision did not overrule long-standing case law affirming school district sovereign immunity.  (*Id.*)  Nor does it suggest that the *Kohn* test is now the governing test or strip the District of Eleventh Amendment immunity. Even if this Court does apply the *Kohn* test, the analysis supports the District's immunity.

Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
March 24, 2026
Page 3

Therefore, the District respectfully requests that this Court affirm the District's immunity under the Eleventh Amendment.

Very truly yours,

Michele M. Goldsmith
BDG Law Group, APLC
Attorneys for Defendant-Appellee
Los Angeles Unified School District

F:\1179\179\Pldg\9th Circuit Court Appeal\LAUSD 28j Response to CJP letter (77.1).docx