UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAY 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES; et al., | No. 24-7676 |
| Plaintiffs - Appellants, | D.C. No. 2:22-cv-03243-FMO-E Central District of California, Los Angeles |
| v. | ORDER |
| LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; et al., | |
| Defendants - Appellees. | |

| | |
|---|---|
| CONCERNED JEWISH PARENTS AND TEACHERS OF LOS ANGELES; et al., | No. 25-3436 D.C. No. 2:22-cv-03243-FMO-E Central District of California, Los Angeles |
| Plaintiffs - Appellants, | |
| v. | |
| LIBERATED ETHNIC STUDIES MODEL CURRICULUM CONSORTIUM; et al., | |
| Defendants - Appellees, | |
| LOS ANGELES UNIFIED SCHOOL DISTRICT and DOES 1-10, | |
| Defendants. | |

The parties are directed to submit simultaneous supplemental briefs

addressing the impact, if any, of *Berk v. Choy*, 146 S.Ct. 546 (2026), on the

appeals. The parties are specifically requested to address whether *Berk v. Choy* is

clearly irreconcilable with earlier decisions of the Ninth Circuit applying California's anti-Strategic Lawsuit Against Public Participation (anti-SLAPP) statute in federal court.  *See Miller v. Gammie*, 335 F.3d 889, 899-900 (9th Cir. 2003) (discussing standard for irreconcilability).  *See also United States ex rel. Newsham v. Lockheed Missiles & Space Co., Inc.*, 190 F.3d 963, 970-73 (9th Cir. 1999) (discussing California's anti-SLAPP statute).  The supplemental briefs should exceed no more than 2,500 words and are due by 5 p.m. PST on Wednesday, May 13, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

24-7676