UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

CONCERNED JEWISH PARENTS AND
TEACHERS OF LOS ANGELES; et al.,

       Plaintiffs - Appellants,

  v.

LIBERATED ETHNIC STUDIES MODEL
CURRICULUM CONSORTIUM; et al.,

       Defendants - Appellees.

No. 24-7676

D.C. No.
2:22-cv-03243-FMO-E
Central District of California,
Los Angeles

ORDER

---

CONCERNED JEWISH PARENTS AND
TEACHERS OF LOS ANGELES; et al.,

       Plaintiffs - Appellants,

  v.

LIBERATED ETHNIC STUDIES MODEL
CURRICULUM CONSORTIUM; et al.,

       Defendants - Appellees,

LOS ANGELES UNIFIED SCHOOL
DISTRICT and DOES 1-10,

       Defendants.

No. 25-3436
D.C. No.
2:22-cv-03243-FMO-E
Central District of California,
Los Angeles

---

Before: LEE, BUMATAY, and SUNG, Circuit Judges.

The parties are directed to submit simultaneous supplemental briefs on whether a district court has jurisdiction to award fees under California's anti-

Strategic Lawsuits Against Public Participation statute if the district court lacks Article III jurisdiction to hear the case. *See, e.g.*, *Fernandez v. 23676-23726 Malibu Road, LLC et al.*, 74 F.4th 1061, 1064 (9th Cir. 2023) ("If a plaintiff fails to establish standing, a court has no jurisdiction to hear the case. A court that lacks jurisdiction at the outset of a case lacks the authority to award attorney's fees. An exception to this rule exists where the statute under which a party seeks attorney's fees contains an independent grant of jurisdiction.") (citation modified). The briefs should exceed no more than 2,500 words and are due Wednesday, June 10, 2026.